RELMAN, DANE & COLFAX PLLC

1225 19TH STREET NW SUITE 600
WASHINGTON DC 20036-2456

TEL 202-728-1888
FAX 202-728-0848
WEBSITE WWW.RELMANLAW.COM

August 20, 2018

**VIA ECF**

Hon. Thérèse W. Dancks, U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, NY 13261-7346

> Re:   **CNY Fair Housing, Inc. et al. v. Douglas Waterbury, et al.**
>         **Civil Action No.: 5:17-CV-868 (MAD/TWD), Status Report**

Dear Judge Dancks:

Pursuant to this Court's August 2, 2018 Text Order, Plaintiffs provide the following status report concerning the schedule for party depositions and settlement.

On August 2, 2018, Plaintiffs' counsel confirmed and formally noticed Defendant Douglas Waterbury's deposition for October 15, 2018. Plaintiffs have already taken depositions of the two corporate Defendants in this case (Ontario Realty, Inc. and E&A Management Co.), and have also deposed the current manager of the two corporate Defendants, Carol Waterbury.

On August 20, 2018, Defendants' counsel provided Plaintiffs' counsel with a proposed schedule for Plaintiffs' depositions to be held on October 10-12, 18-19, 25-26, 29-30, and November 1. Plaintiffs' counsel are confirming the availability of the witnesses and counsel for the dates provided.

Counsel for all parties, as well as counsel for the United States in the related matter, are available for a settlement conference on September 17, 2018, if that date is available for the Court.

Respectfully submitted,

/s/ Yiyang Wu
Yiyang Wu
Jia M. Cobb
Megan Cacace
RELMAN, DANE & COLFAX PLLC
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036

RELMAN, DANE & COLFAX PLLC

1225 19TH STREET NW SUITE 600
WASHINGTON DC  20036-2456

TEL 202-728-1888
FAX 202-728-0848
WEBSITE WWW.RELMANLAW.COM

(202) 728-1888
(202) 728-0848 (facsimile)
ywu@relmanlaw.com
jcobb@relmanlaw.com
mcacace@relmanlaw.com

Conor Kirchner
CNY Fair Housing, Inc.
731 James Street
Syracuse, NY 13203
(315) 471-0420
cjkirchn@cnyfairhousing.org

CC: All Counsel, via ECF