UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CNY FAIR HOUSING, INC., AMIJO JORDAL, TIPHANI CARBONE, AMALEAH SPICER, EMILY HAMELIN, SARITA ARELLANO, ANGEL BARDIN, STEPHANIE YABLONSKI, and CARA CAPPELLETTI,<br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>DOUGLAS WATERBURY, E&A MANAGEMENT, CO., and ONTARIO REALTY, INC.,<br>　　　　　　　　　　　Defendants. | Civil Action No.: 5:17-CV-868<br><br>MAD/TWD<br><br>**STIPULATION TO DISMISS COUNTERCLAIMS** |

**IT IS HEREBY STIPULATED AND AGREED** by and among Plaintiffs/Counter-Defendants Sarita Arellano, Angel Bardin, Stephanie Yablonski, and Cara Cappelletti, and Defendants/Counter-Claimants Douglas Waterbury, E&A Management, Co., and Ontario Realty, Inc. that, pursuant to FRCP 41(a)(1)(A)(ii), the Counter-Claims by Defendants as to each referenced Plaintiff shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees, including expert witness fees. This stipulation shall not otherwise affect the above-captioned action.

DATED: November 15, 2018

_____
Megan Cacace, Esq.
RELMAN, DANE & COLFAX, PLLC
Attorney for Plaintiffs
1225 19th Street, N.W., Suite 600
Washington, D.C. 20036

DATED: November 16, 2018

_____
Lindsey H. Hazelton, Esq.
HANCOCK ESTABROOK, LLP
Attorneys for Defendants
1500 AXA Tower I
100 Madison Street
Syracuse, NY 13202

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

{H3474912.1}

Dated: 11/26/2018
Albany, NY