RELMAN,

1225 19T

WASHING

TEL

FAX

WEBSITE

November 28, 2018

**VIA ECF**

Hon. Thérèse Wiley Dancks
U.S. Magistrate Judge
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, New York 13261-7346

      Re:     *CNY Fair Housing, Inc. et al. v. Douglas Waterbury, et al.*
               Civil Action No.: 5:17-CV-868 (MAD/TWD)

Dear Judge Dancks:

     Pursuant to this Court's October 24, 2018 Text Order, Plaintiffs provide the following status report concerning the receipt of financial information.

     Plaintiffs have sent releases to the following third-party financial institutions: Adirondack Bank; Burdick & Pearson, PLLC; Business Specialties, LLC; Canale Insurance; Community Bank NA; Countrywide Financial Corp.; Green Lake Associates, LLC; Jerry O'Connell; JP Morgan Chase; Key Bank; Maureen Kenyon; NBT Bank; NY State Department of Taxation and Finance; Pathfinder Bank; Steven Thomas; and Thomas Hatfield.

     To date, Plaintiffs are still awaiting responsive documents from the NY State Department of Taxation and Finance, as well as additional responsive documents from Canale Insurance and Green Lake Associates LLC/Business Specialties, LLC. These institutions had requested additional time to provide responsive information. The documents Plaintiffs have received to date are voluminous; Plaintiffs are working to complete their review of these documents in order to continue negotiations as quickly possible.

     As an additional update for the Court, Defendants' counsel have informed Plaintiffs' counsel that Defendants are retaining new attorneys to represent them in this matter. It is Defendants' counsel's understanding that Defendants intend to file a substitution of counsel at some point this week.

                                            Respectfully submitted,

                                            /s/ Jia M. Cobb
                                            Jia M. Cobb
                                            *Attorney for Plaintiffs*

CC: All Counsel, via ECF