UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CNY FAIR HOUSING, INC.,
AMIJO JORDAL, TIPHANI CARBONE,
AMALEAH SPICER, EMILY HAMELIN,
SARITA ARELLANO, ANGEL BARDIN,
STEPHANIE YABLONSKI, and
CARA CAPPELLETTI,

            Plaintiffs,

vs.

DOUGLAS S. WATERBURY,
E&A MANAGEMENT CO., and
ONTARIO REALTY, INCORPORATED,

            Defendants.

**CONSENT TO CHANGE ATTORNEYS**

Civil Action No.: 5:17-cv-868
(MAD-TWD)

IT IS HEREBY CONSENTED THAT GOLDBERG SEGALLA, LLP 5786 Widewaters Parkway, Syracuse, New York 13214, be substituted as attorneys of record for the DEFENDANTS in the above captioned action, in the place and stead of Hancock Estabrook, LLP, 1500 AXA Tower I, 100 Madison Street, Syracuse, New York 13221-4976.

Dated: Syracuse, New York
November ___, 2018

Dated: Syracuse, New York
November 29, 2018

**GOLDBERG SEGALLA LLP**
Incoming attorneys for Defendants

by: _____
Kenneth M. Alweis (505056)
Shannon T. O'Connor (517122)
5786 Widewaters Parkway
Syracuse, New York 13214
(315) 413-5400

**HANCOCK ESTABROOK, LLP**
Outgoing attorneys for Defendants

by: _____
Lindsey H. Hazelton, Esq. (509365)
1500 AXA Tower I
100 Madison Street
Syracuse, New York 13221-4976
(315) 565-4500

November 29, 2018

_____
Douglas S Waterbury, Defendant

STATE OF NEW YORK )
COUNTY OF ONONDAGA )

On the 29 day of November 2018, before me personally appeared Douglas S. Waterbury, to me known, and known to me to be the same person described herein and who executed the foregoing consent.

_____
Notary Public

KENNETH M. ALWEIS
Notary Public, State of New York
Qualified in Onondaga County
My Commission Expires: 3.31.22

E&A MANAGEMENT, CO.
Defendant

by: _____
Printed Name: Douglas S. Waterbury

STATE OF NEW YORK )
COUNTY OF ONONDAGA )

On the 29 day of November 2018, before me personally appeared Douglas S. Waterbury, the President of the defendant, to me known, and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that he executed the same on behalf of defendant, E&A Management Co.

_____
Notary Public

KENNETH M. ALWEIS
Notary Public, State of New York
Qualified in Onondaga County
My Commission Expires: 3.31.22

ONTARIO REALTY, Inc.
Defendant

by: _____
Printed Name: Douglas S. Waterbury

STATE OF NEW YORK    )
COUNTY OF ONONDAGA )

On the 29 day of November 2018, before me personally appeared Douglas S. Waterbury, the ___President___ of the defendant, to me known, and known to me to be the same person described in and who executed the foregoing consent and acknowledged to me that he executed the same on behalf of defendant, Ontario Realty, Inc.

_____
Notary Public

KENNETH M. ALWEIS
Notary Public, State of New York
Qualified in Onondaga County
My Commission Expires: 3-31-22

SO ORDERED ON:

_____, 2018

_____
Hon. Therese W. Dancks
U.S. Magistrate Judge